DAVIDOFF HUTCHER & CITRON LLP
*Proposed Attorneys for the Debtor*
120 Bloomingdale Road, Suite 100
White Plains, New York 10605
(914) 381-7400
Robert L. Rattet, Esq.
Jonathan S. Pasternak, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                          Chapter 11

QUICKWAY ESTATES LLC,                                           Case No. 24-22114 (SHL)

                            Debtor.
-----------------------------------------------------------x

## DECLARATION RELATING TO PAYMENT OF
## THIRD-PARTY RETAINER

Jacob Grunhut, declares under penalty of perjury:

1. I submit this Declaration in support of the application filed by the above-captioned Debtor relating to the retention of Davidoff Hutcher & Citron LLP ("DHC") as its attorneys as of February 13, 2024.

2. I am the spouse of the Debtor's sole 100% owner, Sheindy Grunhut.

3. Due to the Debtor's dire financial situation with regard to its ability to pay the retainer to DHC, on behalf of the Debtor, I paid, prior to the commencement of this Chapter 11 Case, a third-party retainer in the amount of $17,000 on account of services to be rendered in this Chapter 11 Case (the "Retainer").

4. I have been advised by DHC to consult with my own counsel, however I have not retained independent legal counsel regarding the payment of the aforementioned Retainer to DHC.

5. I understand that the undivided loyalty of DHC is to its client, the above-captioned Debtor.

6. Further, I am not a creditor of the Debtor and do not have any intention of asserting a claim against the estate of the Debtor for funds advanced for legal fees in this case.

7. Based upon the foregoing, it is my belief that I do not have any adverse interest against the estate of the Debtor herein, or with any creditor or any other party in interest.

Dated: February 22, 2024

*/s/ Jacob Grunhut*
Jacob Grunhut