**BRONSON LAW OFFICES, P.C.**

480 Mamaroneck Avenue, Harrison, NY 10528
Telephone:
914-269-2530
Fax: 888-908-6906

H. Bruce Bronson, Jr., Esq.
(admitted NY & the District Court of CT)
Email: hbbronson@bronsonlaw.net

February 6, 2025

Honorable Judge Sean H. Lane
United States Bankruptcy Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

<u>Re: Notice of Sale of property owned by Quickway Estates LLC, located at 5 Quickway Road, Monroe, NY (the "Property"); case no. 24-22114</u>

Dear Judge Lane:

This letter is intended to provide notification of the sale of the Property.

The Property was sold on January 30, 2025.

The Debtor received approximately $2,873,000 from the following sources:

$500,000 held in escrow by the undersigned counsel was wired to the title company the day before closing.

$73,000 of funds being held by the Receiver was transferred to the title company the day before closing.

$2,300,000 represented the balance of the purchase price which was provided by the purchaser to the title company along with approximately $7,000 for costs.

The title company remitted $2,800,000 to Fannie Mae, the secured Lender and utilized $79,225.34 for costs as set forth in the attached Title Closing Statement. I am also attaching a closing statement prepared by the Purchaser's attorney.

No funds remain in escrow or are being held by the Receiver.

Very truly yours,

/s/ Bruce Bronson

H. Bruce Bronson, Esq.

# NEW YORK ABSTRACT & AGENCY, INC.
424 Route 304
Bardonia, NY 10954
Tel (914) 329-3547
Fax (845) 215-0032

## CLOSING STATEMENT

Closed By _____  Date Closed _____  Title Number **NYAA-18453**

Closed At The Office Of _____

Record Owner **Quickway Estates LLC**

Purchaser **Palm Main LLC**

Premises **5 Quickway Road, Monroe, NY, 10950**

County **Orange**

S/B/L(1)   **304/5/9**

| Title Charges | Total | Seller | Purchaser | Lender |
|---|---|---|---|---|
| Fee          2,800,000.00 | 10,545.00 | 10,545.00 | | |
| Departmentals* | 595.00 | 595.00 | | |
| Bankruptcies* | 40.00 | 40.00 | | |
| Escrow Service Charge | 100.00 | 100.00 | | |
| Contin | 40.00 | 40.00 | | |
| Title Closer | 300.00 | 300.00 | | |
| Recording Service Fee | 50.00 | 50.00 | | |
| Patriot Searches* | 40.00 | 40.00 | | |
| *Sales Tax on $675.00 | 54.84 | 54.84 | | |
| **Endorsements** | | | | |
| **Recording Chgs** | | | | |
| State Transfer Tax | 11,200.00 | 11,200.00 | | |
| Deeds | 360.00 | 360.00 | | |
| Mortgages | | | | |
| **Escrow Deps** | | | | |
| 2025 Town - 2/28 | 8,953.60 | 8,953.60 | | |
| 2025 Village - 2/28 | 9,339.56 | 9,339.56 | | |
| Open Village Bill 1/8/25 | 36,000.00 | 36,000.00 | | |
| Open Sewer | 1,607.34 | 1,607.34 | | |
| **Misc. Chgs** | | | | |
| **TOTAL** | 79,225.34 | 79,225.34 | 0.00 | 0.00 |

### Checks to New York Abstract & Agency, Inc.

| PAYOR | |
|---|---|
| | |
| **TOTAL** | |

### Direct Payment Checks

| PAYEE | |
|---|---|
| | |
| **TOTAL** | |

Underwriter: **Old Republic National Title Insurance Company**

Premium/Endorsement Split: 85% - 15%

| | Ag. Split | Und. Split |
|---|---|---|
| Fee Prm    10,545.00 | 8,963.25 | 1,581.75 |
| Tot. Mtg Prm    0.00 | 0.00 | 0.00 |
| Tot. Ends.    0.00 | 0.00 | 0.00 |
| Totals    10,545.00 | 8,963.25 | 1,581.75 |

NOTES: _____

| FOR TRID PURPOSES | |
|---|---|
| Mtg. Prem.: | $ 0.00 |
| Simul. Fee: | $ 10,545.00 |

Note: Rates and charges herein are subject to change based on the rates in effect at the time of closing.

**NOTICE STATEMENT**

Title cost for this trasanction may include charges for certain services not specified in the TIRSA Rate Manual and are provided by Old Republic National Title Insurance Company at the request of your lender or attorney. The issuance of the title policy is not dependant upon such additional services.

| | |
|---|---:|
| **PURCHASE PRICE:** | $2,800,000.00 |

**CREDIT DUE SELLER:**

| | |
|---|---:|
| 2025 Town & County Taxes<br>Tax Paid $5,521.09 ($15.13/day)<br>Credit Seller: 1/30/25 - 12/31/25<br>336 days @ $15.13/day | $ 5,083.68 |
| 2024/25 School Tax<br>Tax Paid $13,973.63 ($38.28/day)<br>Credit Seller: 1/30/25 - 6/30/25<br>152 days @ $38.28/day | $ 5,818.56 |
| 2025 Village Tax<br>Tax Paid $3,854.17 ($10.56/day)<br>Credit Seller: 1/10/25 - 12/31/25<br>336 days @ $10.56/day | $ 3,548.16 |
| **TOTAL CREDIT DUE SELLER:** | $2,814,450.40 |

**CREDIT DUE PURCHASER:**

| | | |
|---|---|---:|
| Down Payment on Contract: | $ 500,000.00 | |
| **TOTAL CREDIT DUE PURCHASER:** | | $ 500,000.00 |
| **BALANCE DUE SELLER:** | | **$ 2,314,450.40** |