Updated 06/17/2013

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                                  :    Chapter 11
                                                        :
    QUICKWAY ESTATES LLC,                   :    Case No.: 24-22114
                                                        :
                  Debtor.                 :
------------------------------------------------------------x

### ORDER GRANTING APPLICATION(S) FOR ALLOWANCE OF INTERIM/FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of Application(s) for Allowance of Interim/Final Compensation and Reimbursement of Expenses [ECF Dkt. No. 66] (the "Application(s)") for professional services rendered and expenses incurred during the period commencing <u>August 8, 2024</u> through <u>January 7, 2025</u>; and a hearing having been held before this court to consider the Application(s) on <u>February 4, 2025</u>; and notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor, it is hereby;

ORDERED that the Application(s) is/are granted to the extent set forth in the attached Schedules.

ORDERED that the Debtor is required to obtain a separate order of this Court before payment of any fees hereunder and any other administrative expenses.

Dated:  White Plains, New York
        February 18, 2025

                                                    ***/s/ Sean H. Lane***
                                                UNITED STATES BANKRUPTCY JUDGE

_____

Updated 06/17/2013

Case No.:   24-22114                               **CURRENT INTERIM FEE PERIOD**

Case Name:  Quickway Estates LLC                   **Schedule A**

                                                   August 8, 2024 to January 7, 2025

| (1) Applicant | (2) Date/Document Number of Application | (3) Interim Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for Prior Fee Period(s) (if any) (i.e., Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Bronson Law Offices PC | Dkt. No. 66 | $54,972.50 | $54,972.50 | $54,972.50 | $0 | $54,972.50 | $299.22 | $299.22 |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

Revised September 2011         DATE ON WHICH ORDER WAS SIGNED: 2-18-2025         INITIALS: SHL USBJ

Updated 06/17/2013

Case No.: 24-22114

Case Name: Quickway Estates LLC

**FINAL FEE APPLICATION TOTALS**
**Schedule B**

August 8, 2024 through January 7, 2025

| (1) Applicant | (2) Total Fees Requested | (3) Total Fees Paid | (4) Total Expenses Requested | (5) Total Expenses Paid |
|---|---|---|---|---|
| Bronson Law Offices PC | $54,972.50 | $54,972.50 | $299.22 | $299.22 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Revised September 2011  DATE ON WHICH ORDER WAS SIGNED: 2-18-2025  INITIALS: SHL USBJ