**OLSHAN FROME WOLOSKY LLP**
Jonathan T. Koevary, Esq.
1325 Avenue of the Americas
New York, New York 10019
Tel: (212) 451-2300

*Attorneys for Samuel Kaufman*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Quickway Estates LLC,<br><br>Debtor | Chapter 11<br>Case No. 24-22114 (SHL) |

# WITHDRAWAL OF CLAIM NUMBER 1-1 OF SAMUEL KAUFMAN

As stated on the record at the January 3, 2025 hearing upon the Debtor's *Motion to Sell Property Free and Clear of Liens Under Section 363(f),* Samuel Kaufman's claim, Claim Number 1-1, in the amount of $1,585,297.26 was deemed withdrawn by Mr. Kaufman effective as of the closing of the sale, which sale closed on January 30, 2025.[1] *See Notice of Sale* dated February 6, 2025 [Dkt. No. 72]. We respectfully request that the Clerk modify the claims register to reflect the withdrawal of such claim.

---

[1] For the avoidance of doubt, such withdrawal was without prejudice to any claims Mr. Kaufman may have against principals of the Debtor.

12797650-1

Dated: New York, New York
       February 23, 2025

                                      OLSHAN FROME WOLOSKY LLP

By:   /s/ Jonathan T. Koevary
       Jonathan T. Koevary, Esq.
       1325 Avenue of the Americas
       New York, New York 10019
       (212) 451-2300

*Attorneys for Samuel Kaufman*

12797650-1